UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cause No. 1:24-MJ-35 |
| ) | |
| JEFFREY STEVENS ) | |

## MOTION FOR DETENTION

Comes now the United States of America, by its counsel, Clifford D. Johnson, United States Attorney for the Northern District of Indiana, through John M. Maciejczyk, Assistant United States Attorney, and moves the Court to detain the defendant pursuant to 18 U.S.C. § 3142(e) because the defendant is a danger to the community and a risk of flight.

WHEREFORE, the United States of America requests that the Court detain the defendant pursuant to 18 U.S.C. § 3142(e) for further proceedings in this matter.

Respectfully submitted,

CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY

BY:   */s/John M. Maciejczyk*
John M. Maciejczyk
Assistant United States Attorney
M01 Robert A. Grant Federal Bldg.
204 S. Main Street
South Bend, Indiana  46601
Tel:   (574) 236-8287
Fax:  (574) 236-8155
E-mail:  John.Maciejczyk@usdoj.gov